**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 11, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00435-CV
_____

## IN RE ZACHRY, LLC, AND ZACHRY INDUSTRIAL, INC., Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
190th District Court
Harris County, Texas
Trial Court Cause No. 2018-77430**

## MEMORANDUM OPINION

On May 28, 2019, relators Zachry, LLC, and Zachry Industrial, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52.

On June 4, 2019, relators filed a motion asking this court to dismiss their petition for writ of mandamus as moot.

We GRANT the motion and dismiss relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.